IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVALA CONSTRUCTION, INC., | |
| Plaintiff, | No. C 04-262 MJJ |
| v. | **ORDER VACATING HEARING** |
| ZURICH NORTH AMERICAN, ET AL., | |
| Defendants.         / | |

The Court is in receipt of the parties Notice of Conditional Settlement. Pursuant to the parties' request, oral argument on Plaintiff's Motion for Attorney's Fees and Plaintiff's Motion for Review of Clerk's Taxation of Costs, currently scheduled for June 28, 2005, at 9:30 a.m., is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June_23___, 2005

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Martin J. Jenkins